IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Rose B. Moumouni

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Chester County School District

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for Employment Discrimination

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

RECEIVED
USDC CLERK, COLUMBIA, SC
2022 MAY 31 PM 12: 19

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name              Rose B. Moumouni
Street Address    518 Glenn St.
City and County   Chester
State and Zip Code SC, 29706
Telephone Number  919-717-5829

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

    Name                Wendell Sumter
    Job or Title        Human Resource Manager (if
    known)
    Street Address      509 District Dr.
    City and County     Chester
    State and Zip Code  SC, 29706
    Telephone Number    803-385-6122

Defendant No. 2

    Name                Daniel R Pfeiffer
    Job or Title        IT Technician                (if
    known)
    Street Address      509 District Dr.
    City and County     Chester
    State and Zip Code  SC, 29706
    Telephone Number    803-385-6122

Defendant No. 3

    Name                Dana Colter Williams
    Job or Title                                      (if
    known)
    Street Address      509 District Dr.
    City and County     Chester
    State and Zip Code  SC, 29706
    Telephone Number    803-385-6122

Defendant No. 4

    Name                Dr. Jeanie Ligon
    Job or Title        School Psychologist          (if
    known)

2

Street Address    *509 District Dr.*
City and County    *Chester*
State and Zip Code    *SC, 29706*
Telephone Number    *803-385-6122*

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name    *Demorrious Robinson*
Street Address    *509 District Dr.*
City and County    *Chester*
State and Zip Code    *SC, 29706*
Telephone Number    *803-385-6122*

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:   In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other    federal    law    *(specify    the    federal    law):*

3

Defendant # 6   Dr. Sutton
509 District Dr.
Chester SC
29706

| ☐ | Relevant | state | law | *(specify,* | *if* | *known)*: |

| ☐ | Relevant | city | or | county | law | *(specify,* | *if* | *known)*: |

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts ~~Sexual Harassment~~ *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

~~Sexual harassment started Feb 25, 2021~~

C.    I believe that defendant(s) *(check one)*:

4

☐      is/are still committing these acts against me.

☑      is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑      race _____

☐      color_____

☑      gender/sex _____

☐      religion _____

☑      national origin _____

☐      age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐      disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

I was sexual harassed, retaliated against, and was subjected to intimidation by the defendants. Ultimately, I was wrongfully terminated.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

The Department of Education filed on my behalf on 9/27/2021.

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

_____ *April 26, 2022* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the Court to award me $5,000,000, for my suffering, pain and mental anguish especially when I sought mental health care and the HR monger Wendell Sumter cut and stopped my medical coverage and I was unable to continue care for mental health I had to suffer in silence.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have

evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/31 , 2022

Signature of Plaintiff    *Rose B. Moumouni*

Printed Name of Plaintiff    *Rose B. Moumouni*

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____