IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rose B. Moumouni, | ) | C/A No.: 0:22-1697-MGL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Chester County School District; Wendell Sumter; Daniel R. Pfeiffer; Dana Colter-Williams; Dr. Jeanie Ligon; Dr. Antwon Sutton; and Demorrious Robinson, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| Rose B. Moumouni, | ) | C/A No.: 0:22-1698-MGL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Chester County School District; Wendell Sumter; Daniel R. Pfeiffer; Dana Colter Williams; Dr. Jeanie Ligon; and Demorrious Robinson, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

On May 31, 2022, Rose B. Moumouni ("Plaintiff") filed two complaints in this court: C/A No. 0:22-1697-MGL-SVH (*Moumouni I*) and C/A No. 0:22-1698-MGL-SVH (*Moumouni II*). It appears these cases involve the same allegations and the same parties. Plaintiff's motion to amend in *Moumouni I* [ECF No. 22] appears identical to the amended complaint in *Moumouni II*

[ECF No. 15]. The parties were directed to show cause why these cases should not be consolidated into the same action, with the remaining case administratively closed. By filing dated August 30, 2022, Plaintiff stated "I acknowledge that I erroneously filed the exact complaint twice; therefore, I am amenable to consolidating the two cases into one and closing the duplicate case." Pursuant to Fed. R. Civ. P. 42, the court finds the subject matter of the two actions involve common questions of law and facts and that consolidation of the cases will help contain costs and promote judicial efficiency. Therefore, the court orders consolidation of these cases under 0:22-1697-MGL-SVH, with use of a single caption moving forward. The Clerk is directed to close C/A No. 0:22-1698-MGL-SVH as duplicative.

     IT IS SO ORDERED.

August 31, 2022  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge