IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Rose B. Moumouni, ) | C/A No.: 0:22-1697-MGL-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Chester County School District, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Rose B. Moumouni ("Plaintiff"), proceeding pro se and in forma pauperis, filed this action against Chester County School District ("Defendant") related to the termination of her employment. On June 21, 2023, the undersigned issued an order related to discovery. [ECF No. 84]. On August 21, 2023, the court received as undeliverable the undersigned's order. [ECF No. 99]. The envelope states "Return to Sender, Not Deliverable as Addressed, Unable to Forward." *Id.*

Plaintiff has not notified the court of any change of address at which she can be reached. Plaintiff is directed to advise the court of her address by September 7, 2023. If Plaintiff fails to advise the court of her address, the undersigned will recommend this case be dismissed failure to prosecute.

IT IS SO ORDERED.

August 24, 2023  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

1